```
DELTA LAW GROUP
A PROFESSIONAL LAW CORPORATION
JIM G. PRICE, ESQ., SBN 119324
6569 BRENTWOOD BOULEVARD
P.O. BOX 1417
BRENTWOOD, CA  94513
TELEPHONE:  925-516-4686
FACSIMILE:  925-516-4058

Attorneys for Plaintiffs
RONNIQUE CRIDER & RAYMOND DALE CRIDER
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIQUE CRIDER & RAYMOND DALE CRIDER, husband and wife,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>PACIFIC ACQUISITIONS & ASSOCIATES, LLC, a Delaware Limited Liability Company,<br><br>　　　　Defendant. | Case No. 3:14-cv-3498-NC<br><br>**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

　　　　Having considered Plaintiffs RONNIQUE CRIDER & RAYMOND DALE CRIDER'S Ex Parte Application for a continuance of the Initial Case Management Conference, and finding good cause therefore,

///

///

///

ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE　　　　　　　　　　Page 1

1    IT IS HEREBY ORDERED that the Initial Case Management
2 Conference be continued to _____January 7_____, 2015.
3 Joint Case Management Conference statements are due no later
4 than _____January 5_____, 2015.
5
6
    DATED: October 29, 2014
7
                                  _____
8                                 UNITED STATES MAGISTRATE JUDGE
9
10
                         ***END OF ORDER***
11

**GRANTED**

Judge Nathanael M. Cousins