UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIQUE CRIDER, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>PACIFIC ACQUISITIONS & ASSOCIATES, LLC,<br><br>        Defendant. | Case No.14-cv-03498-NC<br><br>**SCHEDULING ORDER** |

On June 24, 2015, the parties attended a case management hearing. In the parties' joint case management statement, the defendant's counsel informed the Court that defendant is no longer in good standing with the State of Delaware. Thus, the Court VACATES the trial date and schedule set forth in its previous case management order, Dkt. No. 14. Plaintiff may file a motion to strike the answer and for default by July 24, 2015. A further case management conference is set for September 2, 2015 at 10:00 a.m. in San Francisco, Courtroom D.

**IT IS SO ORDERED.**

Dated: June 24, 2015

                                              NATHANAEL M. COUSINS<br>
                                              United States Magistrate Judge

Case No.:14-cv-03498-NC